**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA            :
                                         MISDEMEANOR
            - v. -                  :    INFORMATION

JOHN CLIFFORD,                      :    05 Cr. 167
     a/k/a "Jack,"
                                    :
            Defendant.
                                    :
- - - - - - - - - - - - - - - - - -X

### COUNT ONE

The United States Attorney charges:

1. At all times material to this Misdemeanor Information, the United Business Workers of America ("UBWA") was a labor organization in an industry affecting commerce, within the meaning of Sections 402(i) and 402(j) of Title 29, United States Code.

2. In or about January 2001, in the Southern District of New York, JOHN CLIFFORD, a/k/a/ "Jack," the defendant, did make and cause to be made a false statement and representation of material fact, knowing it to be false, and did knowingly fail to disclose a material fact, in a document and report required to be filed by the UBWA with the Secretary of Labor, pursuant to Section 431 of Title 29, United States Code, to wit, CLIFFORD caused the UBWA to state in its annual financial report, Form LM-2, for the Year 2000, that the UBWA had extended him a "short term credit line" in the amount of $44,415, when in truth and in fact, as CLIFFORD there and then well knew, the UBWA had extended

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

him no such loan and CLIFFORD had misappropriated approximately that amount of money from the UBWA without authorization.

(Title 29, United States Code, Section 439(b).)

                                                               _____
                                                               DAVID N. KELLEY
                                                               United States Attorney